DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARNI LEEBOW-LAMBERK,**
Appellant,

v.

**LAWRENCE LAMBERK,**
Appellee.

No. 4D20-2681

[November 18, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. FMCE15012308.

Michael J. Alman and Jamie D. Alman of Greenspoon Marder LLP, Fort Lauderdale, for appellant.

Sonja A. Jean and Laura Davis Smith of Davis Smith & Jean, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***